RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOYETRA TURTLE BEACH, INC.,<br><br>Defendant. | Case No. 2:22-cv-04052-FMO-PD<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge: Fernando M. Olguin |

Pursuant to pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Terry Fabricant and Defendant Voyetra Turtle Beach, Inc. hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

So stipulated.

Respectfully Submitted,

Dated: January 25, 2023        By: */s/ Rachel E. Kaufman*

Rachel E. Kaufman (Cal Bar No. 259353)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Attorney for Plaintiff and the putative Class*

By: */s/ Joshua D.N. Hess*
Joshua D.N. Hess (SBN 244115)
joshua.hess@dechert.com
Matthew F. Williams (SBN 323775)
Matthew.Williams@dechert.com
Dechert LLP
One Bush Street
Suite 1600
San Francisco, California 94104-4446
Telephone: +1 415 262 4500
Facsimile: +1 415 262 4555

Christina G. Sarchio
christina.sarchio@dechert.com
Dechert LLP
1900 K Street, N.W.
Washington, DC 20006
Telephone: +1 202 261 3465
Facsimile: +1 202 261 3031

*Attorneys for Defendant
Voyetra Turtle Beach, Inc.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Rachel Kaufman, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: */s/ Rachel E. Kaufman*
Rachel E. Kaufman