RACHEL E. KAUFMAN (Cal. Bar No. 259353)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VOYETRA TURTLE BEACH, INC.,<br><br>Defendant. | Case No. 2:22-cv-04052-FMO-PD<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Fernando M. Olguin |

Pursuant to the parties' stipulation, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

SO ORDERED.

Dated this 25th day of January, 2023.

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1

ORDER
Case No. 2:22-cv-04052-FMO-PD